# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

**Plaintiff:** Mrs. Eye'Keyia M. Carruthers Washington
Facebook Famous: Eye'Keyia Washington Barnone

v.

Elkhart County Jail (ECJ)
Elkhart County Correctional Complex (ECCC)
Deputy: Fritzgerald

-FILED-
MAY 17 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number: 3:23-cv-416

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Elkhart County Jail (ECJ) | 26861 CR26, Elkhart IN. 46517 |
| 2 | Elkhart County Correctional Complex (ECCC) | 26861 CR26, Elkhart IN. 46517 |
| 3 | Deputy: Fritzgerald | 26861 CR26, Elkhart IN. 46517 |

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? **ECJ/ECCC - 26861 CR26 Elkhart IN. 46517**

3. Did the event you are suing about happen there? ● Yes   ○ No, it happened at: _____

4. On what date did this event occur? **September 19, 2022**

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

　　　DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

　　　DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. September 17, 2022 Still a violation is Successful of My Civil Rights 1st, 4th, 5th, 8th, 14th Amendment is been violated Deputy of Elkhart Indiana County Jail Employee has deprived my Legal Mail, Property, and Allowed confidential information to be exposed Deputy Fitzgerald is Responsible for this unconstitutional action. Suffering and violations demand of 900,000 United States of America Currency. Under penalties for perjury all info is True & Correct.

　　　　　　Sincerely This Writer)
　　　　　Transgender Person: Mrs. Washington
　　　　　(AKA) Antwon M. Carruthers Washington

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _Admin_ _and Internal Affairs (IA)_ _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _900,000 United States of America's Currency_
   _DeButy Fritzgerald V: Retrained_

[Initial Each Statement]
_Emcw_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_Emcw_ I will keep a copy of this complaint for my records.
_Emcw_ I will promptly notify the court of any change of address.
_Emcw_ I WILL NOT send more than one copy of any filing to the court.
_Emcw_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_Emcw_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _9_/_17_/20_22_ at _7_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. Eye Kayla M Jr. Carruthers 3 Washington_    _D#_ _JC#_
Signature    _12464_/_71781_
Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]