AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTWAN M CARRUTHERS<br>*Mrs. Eye Keyla My Carruthers Washington, Facebook Famous: Eye Keyla Barnone Washington*<br>*also known as*<br>Eye Keyla M Carruthers Washington<br>　　　　　Plaintiff<br>　　v.<br>ELKHART COUNTY JAIL<br>*ECJ*<br>ELKHART COUNTY CORRECTIONAL COMPLEX<br>*ECCC*<br>FRITZGERALD<br>*Debuty*<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:23-CV-416<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other:   This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Jon E. DeGuilio.

DATE:   5/31/2023　　　　　　　　*Chanda J. Berta, Clerk of Court*

　　　　　　　　　　　　　　　　by /s/K. Tuskey
　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*